LAW OFFICES
PHELPS & MOORE
PROFESSIONAL LIMITED LIABILITY COMPANY
4045 EAST UNION HILLS DRIVE
SUITE A-102
PHOENIX, ARIZONA 85050
(602) 788-2089

Cy T. Hainey (030634)
cy@phelpsandmoore.com
Attorneys for Debtor John Paul Alexander

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>John Paul Alexander,<br><br>Debtor. | **CASE NO. 2:14−bk−02672−GBN**<br><br>**CHAPTER 13 PROCEEDING**<br><br>**ADV. NO. 2:14-AP-00848-GBN** |
| John Paul Alexander, an unmarried man,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA Federal Savings Bank,<br><br>Defendants. | **COMPLAINT PURSUANT TO 11 U.S.C. § 506(A) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND DEFENDANT'S ALLOWED CLAIM** |

## COMPLAINT

John Paul Alexander, Debtor and Plaintiff herein, by and through undersigned counsel, respectfully represents and alleges as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; 11 U.S.C. § 506(a), 11 U.S.C. § 1123(b)(5) and Rule 7001 et seq. Rules of Bankruptcy Procedure. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), 157 § (b)(2)(B), and 157(b)(2)(K).

2. Plaintiff resides in Maricopa County, Arizona, and is the Debtor in the above captioned Chapter 13 Proceeding.

3.  Defendant, USAA Federal Savings Bank, (hereinafter "USAA"), upon information and belief, is licensed to do, write and make residential mortgage loans in the State of Arizona. This Complaint pertains to the secured claim of Defendant USAA, evidenced by a Deed of Trust dated July 28, 2005, Recorded Document 2005-1244169, (hereinafter "Second Mortgage").

4.  Plaintiff filed a voluntary Chapter 13 Petition on March 2, 2014, in the District of Arizona, Case No. 2:14−bk−02672-GBN.

5.  On the petition date, Plaintiff John Paul Alexander was the owner in fee simple of real property located at 20802 North 7th Place, Phoenix, Arizona 85024 (the "Property"), with a legal description as follows:

> **LOT 18, ARROYO ROJO, A SUBDIVISION RECORDED IN BOOK 424, PAGE 13, RECORDS OF MARICOPA COUNTY, ARIZONA.**

6.  Plaintiff alleges that on the date of the Petition, the value of the property was approximately $138,000.00.

7.  The property is subject to a First Mortgage lien in favor of Wells Fargo, N.A., which was duly recorded with the Maricopa County Recorder at Recorded Document 2012-0136701. The Payoff to Wells Fargo for the First Mortgage as of today is approximately $160,000.00.

8.  The property is also subject to a Second Mortgage lien in favor of Defendant Green Tree Servicing, Guild's assignee, in the approximate amount of $109,000.00.

9.  Plaintiffs assert that after applying the First Mortgage lien of Wells Fargo, there is no equity remaining for USAA's Second Mortgage lien to attach.

   Alleged Value of the Property $138,000.00

   Less: First Mortgage Lien $160,000.00

   Available Equity for Second Lien ($22,000.00)

10. Plaintiff asserts that pursuant to 11 U.S.C. §§ 506(a)(1) and 506(d), Defendant's Second Mortgage claim is totally unsecured and its lien upon the Debtors' real property is void.

   **WHEREFORE**, Plaintiff respectfully prays this Court find in favor of Plaintiff and

Order the following:

a. That there is insufficient equity for Defendant's Second Mortgage lien to attach and the Defendant's Second Mortgage lien is totally unsecured and void;

b. That this Court order the Defendant to cancel and release the Second Mortgage lien on the residential real estate of the Debtor pursuant to 11 U.S.C. § 506(d), immediately upon the entry of the Discharge Order and deliver a copy of the release to the Attorney for the Debtor within 20 days from the date of the discharge at no charge or fee for the release and delivery;

c. That the Order of this Court may be recorded and the same shall have the effect of voiding the Second Mortgage lien on the public records; and

d. That Plaintiff recovers any relief that this Court deems justified and appropriate.

**DATED** this ___ day of October, 2014.

                        PHELPS & MOORE, PLC

                        By    /s/ Cy T. Hainey
                              Cy T. Hainey
                              4045 East Union Hills Drive
                              Suite A-102
                              Phoenix, Arizona  85050
                              Counsel for Debtor